THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERRI PETTIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM INC., and WHOLE FOODS MARKET, INC.,<br><br>Defendants. | Case No. 2:22-cv-01115-JCC<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO AMAZON'S MOTION TO DISMISS OR A NOTICE OF SETTLEMENT**<br><br>Noted for Consideration:<br>November 18, 2022 |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6(a), Plaintiff Sherri Pettis ("Plaintiff"), through counsel, hereby makes this motion to extend time to respond to Defendant Amazon.com Inc.'s ("Defendant" or "Defendant Amazon") Motion to Dismiss Plaintiff's Class Action Complaint (ECF No. 16) or to file a Notice of Settlement.

At the time of this filing, Plaintiff has reached an agreement with Defendant Whole Foods Market, Inc., concerning her claims against that entity. The Parties expect to file their Notice of Settlement within the next week. Likewise, Plaintiff is nearing terms on a settlement with Defendant Amazon that would resolve her claims against that entity.

Accordingly, Plaintiff respectfully requests a modest two-week extension to respond to Defendant Amazon's Motion to Dismiss or to file a Notice of Settlement dismissing the entire case. The requested time will allow the Parties to continue their negotiations and to resolve Plaintiff's claims with the least amount of burden on the Court's time and resources. Plaintiff reached out to

Motion For Extension of Time
Case No. 2:22-CV-01115-JCC         1

TERRELL MARSHALL LAW GROUP PLLC
936 N. 34TH STREET, SUITE 300
SEATTLE, WASHINGTON 98103-8869
TEL. 206-816-6603 • FAX. 206-319-5450

both Defendants before filing this motion. Whole Foods does not oppose Plaintiff's requested relief. Amazon did not respond to Plaintiff's efforts to contact it. A Proposed Order reflecting the relief requested herein is being submitted contemporaneously with this Motion.

Dated: November 7, 2022

**TERRELL MARSHALL LAW GROUP PLLC**

By: */s/ Beth E. Terrell*
    Beth Terrell E. Terrell, (WSBA #26759)
    Email: bterrell@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Tel: (206) 816-6603
    Fax: (206) 319-5450

Jonathan Shub
Kevin Laukaitis
**SHUB LAW FIRM LLC**
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Tel: (856) 772-7200
Fax: (856) 210-9088
jshub@shublawyers.com
klaukaitis@shublawyers.com

Gary E. Mason
Danielle Perry
**MASON LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Tel: (202) 640-1168
Fax: (202) 429-2294
gmason@masonllp.com
dperry@masonllp.com

L. Timothy Fisher*
Sean L. Litteral
**BURSOR & FISHER, P.A.**
1990 North California Blvd, Suite 940
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax: (925) 407-2700
ltfisher@bursor.com
slliteral@bursor.com

Lori G. Feldman*
**GEORGE GESTEN MCDONALD, PLLC**

Motion For Extension of Time
Case No. 2:22-CV-01115-JCC      2

102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Tel: (833) 346-3587
Fax: (888) 421-4173
lfeldman@4-justice.com
eservice@4-justice.com

David J. George
Brittany L. Brown
**GEORGE GESTEN MCDONALD, PLLC**
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Tel: (561) 232-6002
Fax: (888) 421-4173
dgeorge@4-justice.com
bbrown@4-justice.com
eservice@4-justice.com

Janine L. Pollack
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Tel: (212) 899-1765
Fax: (332) 206-2073
jpollack@calcaterrapollack.com

*pro hac vice to be filed*

*Attorneys for the Plaintiff*

Motion For Extension of Time
Case No. 2:22-CV-01115-JCC

3

TERRELL MARSHALL LAW GROUP PLLC
936 N. 34TH STREET, SUITE 300
SEATTLE, WASHINGTON 98103-8869
TEL. 206-816-6603 · FAX. 206-319-5450